UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

VALUE FAMILY PROPERTIES-
 SOUTH CREEK, LLC

Debtor.

_____/

Case No. 09-30737-dof
Chapter 11 Filed: February 18, 2009
HON. DANIEL S. OPPERMAN

## FIRST AMENDMENT TO DEBTOR'S PLAN OF REORGANIZATION

Value Family Properties-South Creek, LLC ("Debtor"), by and through its attorneys, Donovan/Scott Law, PLC, hereby submits this First Amendment to Debtor's Plan of Reorganization. This First Amendment will supplement Debtor's Combined Plan of Reorganization dated and filed June 18, 2009.

1. On May 20, 2009, the Bank entered into an Agreement with Genesee Holdings, LLC (the "Note Sale Agreement"), pursuant to which the Bank agreed to sell and assign to Genesee Holdings, LLC, the Promissory Note given by Debtor to the Bank, together with all other loan and security documents relating to such Promissory Note, for a cash payment (the "Note Purchase Price"); with a closing date to be held not later than July 31, 2009.

2. Genesee Holdings, LLC has assigned its rights and obligations under the Note Sale Agreement to South Creek Note, LLC.

3. Notwithstanding anything contained in the Plan to the contrary, the Debtor agrees as follows:

A. As a condition of the Plan becoming effective, South Creek Note, LLC shall be required to pay the Bank the balance of the Note Purchase Price, which payment shall be made immediately upon entry of an Order Confirming Debtor's Plan, or in all events not later than August 14, 2009.

B. In the event South Creek Note, LLC fails to pay the balance of the Note Purchase Price to the Bank immediately upon entry of an Order Confirming Debtor's Plan, or in all events not later than August 14, 2009, the Plan will not be deemed effective, in which case Debtor's Ch. 11 Plan shall be unenforceable against any creditor, and of no force or effect.

C. Upon the filing by the Bank of an Affidavit confirming that South Creek Note, LLC failed to pay the balance of the Note Purchase Price to the Bank immediately upon entry of an Order Confirming Debtor's Plan, or in all events not later than August 14, 2009, the Court will enter an Order Dismissing Debtor's Ch. 11 Proceeding.

Donovan/Scott Law, PLC
Attorney for Debtor

Dated: July 29, 2009 _____/s/Michael W. Donovan
Michael W. Donovan (P32533)
2910 Lucerne Drive, S.E.
Suite 120
Grand Rapids, MI 49546
(616) 285-5552
donovan@mwdonovan.com