**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

In re:

VALUE FAMILY PROPERTIES-
 SOUTH CREEK, LLC                           Case No. 09-30737-dof
                                                                        Chapter 11 Filed: February 18, 2009
                 Debtor.                    HON. DANIEL S. OPPERMAN
_____/

## SECOND AMENDMENT TO DEBTOR'S PLAN OF REORGANIZATION

Value Family Properties – South Creek, LLC ("Debtor"), by and through its attorneys Donovan/Scott Law, PLC hereby submits this Second Amendment to Debtor's Plan of Reorganization. This Second Amendment will supplement Debtor's Plan of Reorganization filed June 18, 2009, and the First Amendment filed July 29, 2009.

    1.     Genesee County asserts a secured claim with a first priority lien on the real property of the Debtor. Genesee County contends its claim is in the amount of $517,435.90, and filed an Objection to the Debtor's Plan of Reorganization on July 27, 2009.

    2.     In order to resolve the Objection, the Debtor agrees as follows:

        a.     The Debtor shall pay the asserted amount of Genesee County's claim in 53 equal monthly installments, with interest at the rate prescribed by the Michigan General Property Tax Act (MCL 211.1, et seq.). The first payment shall be due on September 15, 2009, with further payments due on the fifteenth day of each month, until the obligations are satisfied. The Debtor shall be able to pre-pay this claim, or to allocate additional payments to a particular tax year, without penalty.

        b.     The State Equalized Value for 2009 shall remain at $486,640, with taxes calculated and determined with this valuation accordingly.

c. Within fourteen days from the entry of an Order confirming the Plan (together with the First and Second Amendments) the Debtor may file an Objection with an accompanying brief to the claim of Genesee County in particular with regard to:

   i. The valuation of the real property for years 2007 and 2008 and the calculation of the taxes owed for those periods.

   ii. The amount and calculation of the required monthly payments.

d. If no timely objection is filed, the claims of Genesee County shall be treated in accordance with this Second Amendment.

e. If a timely objection is filed, the Debtor shall continue to make the monthly payment required by this Second Amendment, pending a final determination of any Objection.

f. If the objection is upheld, in whole or part, the required future payments shall be recalculated and continue at the adjusted amount until satisfied within the terms of the Plan.

g. The Bankruptcy Court shall retain jurisdiction to hear and determine any Objection or controversy regarding the claim of Genesee County in this case.

3. The Debtor agrees to include the terms and provisions of this Second Amendment into the Order Confirming Plan.

Respectfully Submitted,
Donovan/Scott Law, PLC

Dated: August 4, 2009 _____/s/<u>Michael W. Donovan</u>
Michael W. Donovan (P32533)
2910 Lucerne Drive, S.E.
Suite 120
Grand Rapids, MI 49546
(616) 285-5552
donovan@mwdonovan.com