**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

In re:

VALUE FAMILY PROPERTIES-
 SOUTH CREEK, LLC          Case No. 09-30737-dof
                           Chapter 11 Filed: February 18, 2009
        Debtor.            HON. DANIEL S. OPPERMAN
_____/

## ORDER CONFIRMING THE DEBTOR'S COMBINED PLAN AND DISCLOSURE STATEMENT (TOGETHER WITH FIRST AND SECOND AMENDMENTS) AND GRANTING FINAL APPROVAL OF THE DISCLOSURE STATEMENT

This matter came before the Court for Confirmation and final approval of the Debtor's Combined Plan and Disclosure Statement (including the First and Second Amendments) [hereinafter "Plan"]; the Court having previously granted Preliminary Approval of the Disclosure Statement and having authorized the Debtor to serve the Combined Plan and Disclosure Statement and Ballot upon all creditors in this case; the Confirmation Summary having been filed indicating approval by all voting classes; certain objections having been filed, but having been resolved prior to the confirmation hearing as set forth in the First and Second Amendments and as outlined to the Court; a hearing on confirmation having been held on August 5, 2009; the Court finding that with the resolution of all objections and the consent of all claimants and classes that the provisions for confirmation set forth in 11 U.S.C. § 1129(a) have been met, and that confirmation of the Plan is appropriate. Accordingly,

IT IS FOUND AND ORDERED as follows:

1.  The Court grants final approval of the Disclosure Statement.

2.  With regard to the claims of Huntington National Bank ("Class 2") the terms and provisions of the First Amendment to Debtor's Plan are approved and confirmed as part of the Plan. Specifically,

a. South Creek Note, LLC shall pay Huntington National Bank the balance of the Note Purchase Price, immediately upon entry of this Order, or in all events not later than August 14, 2009.

b. If payment is not made as required, the Plan will not be deemed effective, and the Plan will be unenforceable, and of no force or effect.

c. Upon filing an Affidavit confirming that South Creek Note, LLC failed to pay the balance of the Note Purchase Price as required, the Court will enter an Order dismissing the Chapter 11 proceeding.

3. With regard to the claims of Genesee County ("Class 3") the terms and provisions of the Second Amendment to Debtor's Plan of Reorganization are approved and confirmed as part of the Plan. Specifically,

a. The Debtor shall pay the asserted amount of Genesee County's claim in 53 equal monthly installments with interest as prescribed by the Michigan General Property Tax Act, with the first payment due on September 15, 2009. The Debtor shall be able to pre-pay this claim, or to allocate additional payments to a particular tax year, without penalty.

b. The State Equalized Value for 2009 shall remain at $486,640.00, with taxes calculated and determined with this valuation accordingly.

c. Within fourteen (14) days from the entry of this Order, the Debtor may file an Objection with accompanying brief with regarding to the valuation for years 2007 and 2008, and/or the amount and calculation of the required monthly payments.

      d.      If no timely objection is filed, the claims of the Genesee County shall be treated in accordance with the Second Amendment.

      e.      If a timely objection is filed, the debtor shall continue to make the required monthly payments, pending a final determination of any Objection.

      f.      If an Objection is upheld, in whole or part, the required future payments shall be recalculated and continue at the adjusted amount until satisfied within the terms of the Plan.

      g.      The Bankruptcy Court shall retain jurisdiction to hear and determine any Objection or controversy regarding the claim of Genesee County in this case.

4.      The Debtor is authorized, pursuant to the Plan, and as stated on the record to make the following payments and transfers:

      a.      Payment to the Internal Revenue Service of its claim in the case in the amount of $105.91.

      b.      Payments to Genesee County, as more fully set forth in the Second Amendment incorporated herein and as set forth generally above.

      c.      Payments required to be made to Class 4 claimants (General Unsecured Claims).

      d.      Payment to Horton Homes, of a total of $177,561.00, in sixty equal monthly payments, together with interest at five percent per annum over five years to complete the purchase of eleven mobile homes as required by Article V, Section C of the Plan in satisfaction of all claims of Horton

Homes. Horton Homes shall retain its lien in the eleven homes pending final payment. Transfers of title documents shall be effectuated as set forth in the Plan.

e. The debtor shall acquire all tangible and intangible property owned by Value Family Homes-South Creek, LLC, for the sum of $508,000.00, which amount shall be paid by offsetting the claims the debtor holds against Value Family Homes-South Creek, LLC.

f. The debtor shall transfer all of its real property to South Creek II, LLC free and clear of all liens, claims and encumbrances, other than the lien of the Huntington National Bank and the liens and claims of Genesee County. The transfer of all real and personal property of the debtor shall be recorded in the appropriate county and state records without the filing or payment of any transfer fees, recording fees or transfer taxes pursuant to 11 U.S.C. § 1146.

g. The debtor shall transfer all of its tangible and intangible personal property (excluding any goodwill), but including the property acquired from Value Family Homes-South Creek, LLC as set forth above, to South Creek II, LLC free and clear of all claims, liens and encumbrances, other than the lien retained by Horton Homes securing payment of the $177,000.00 as provided above.

5. The Debtor shall continue to timely submit Monthly Operating Reports, and shall pay the quarterly U.S. Trustee fee until an Order is entered closing the Chapter 11 proceeding.

6. The Bankruptcy Court shall retain jurisdiction to enforce the terms and provisions of the Plan, and hear and determine any objections.

7. Based upon the consent of all parties in interest, the terms and provisions of Plan (including the First and Second Amendments) and the provisions above, the Court confirms and approves the Plan, and accordingly enters this Order.


August ___, 2009                              _____
                                              Daniel S. Opperman
                                              United States Bankruptcy Judge